IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| PIERRE RAMON TRIPP, : | |
| Plaintiff : | |
| VS. : | NO. 5:06-CV-130 (HL) |
| SGT. JACKSON, : | |
| Defendant : | PROCEEDINGS UNDER 42 U.S.C. § 1983 |
| : | BEFORE THE U.S. MAGISTRATE JUDGE |

**O R D E R**

On October 12, 2006, defendant SGT. JACKSON filed a "Motion to Compel Plaintiff to Respond to Defendant Jackson's First Interrogatories to Plaintiff." Tab #15. The following day, the undersigned directed plaintiff PIERRE RAMON TRIPP to respond to defendant Jackson's motion. Tab #16. After the undersigned granted Tripp an extension of time to file his reply (Tab #20), he submitted his response to the defendant's discovery request on December 12, 2006 (Tab #22). Since the defendant has not filed a reply to the plaintiff's response, the court will assume that the plaintiff sufficiently answered the defendant's inquiries.

Accordingly, defendant Jackson's MOTION TO COMPEL (Tab #15) is DENIED.

SO ORDERED this 10th day of JANUARY, 2006.

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE