IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| PIERRE RAMON TRIPP, | : |
| Plaintiff | : |
| v. | CASE NO. 5:06-CV-130 (HL) |
| SGT. JACKSON, | : |
| Defendant | : |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 30) filed July 18, 2007 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

The Objection of the Plaintiff (Doc. 32) filed August 10, 2007 has also been read and considered and is found to be without merit.

**SO ORDERED,** this the 14th day of August, 2007.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**
**United States District Court**